# **EXHIBIT "A"**

## DECLARATION OF EMILY PACHOUD

I, Emily Pachoud, hereby declare:

1. I am a Plaintiff in the action entitled *Pachoud v. Surfshark, Inc., et al.* I am a competent adult over eighteen years of age and I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently thereto.

2. I currently reside in the City of San Jose located in the County of Santa Clara.

3. In or around March 2021, I purchased Defendant Surfshark's VPN product from San Jose, CA.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on 04/17/2024 at San Jose, California.

*Emily Pachoud* (signature)

Emily Pachoud

**VENUE DECLARATION**