1  **CUSTODIO & DUBEY, LLP**                                                          .
   Robert Abiri (SBN 238681)
2  abiri@cd-lawyers.com
   445 S. Figueroa Street, Suite 2520
3  Los Angeles, CA 90071
   Telephone: (213) 593-9095
4  Facsimile: (213) 785-2899

5
   *Attorneys for Plaintiff and the*
6  *Putative Classes*

7  **DLA PIPER LLP (US)**
   TANYA L. GREENE (SBN 267975)
8  tanya.greene@us.dlapiper.com
   ERIN T. HUNTINGTON (SBN 306037)
9  erin.huntington@us.dlapiper.com
   2000 Avenue of the Stars, Suite 400 North Tower
10 Los Angeles, California 90067
   Telephone: (310) 595-3000
11 Facsimile: (310) 595-3300

12
   *Attorneys for Defendant, Surfshark Inc.*
13

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17

18 EMILY PACHOUD,                              CASE NO. 5:24-cv-02299-EKL

19              Plaintiff,                     **[PROPOSED] ORDER RE:**
                                              **STIPULATION OF DISMISSAL OF**
20       v.                                    **ENTIRE ACTION WITH PREJUDICE**

21 SURFSHARK INC. and SURFSHARK B.V.,          Complaint Filed:   April 17, 2024
                                              FAC Filed:         June 17, 2024
22              Defendants.                    Trial Date:        None Set

23

24

25

26

27

28

1616423439.1

IT IS HEREBY ORDERED, following stipulation of the parties, that the above-entitled

action is dismissed as follows, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii):

1. Plaintiff's individual claims are dismissed with prejudice;

2. The claims of the putative class are dismissed without prejudice; and

3. Each Party shall bear her or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 4, 2025

_____
Honorable Eumi K. Lee
United States District Judge

-1-

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE